1
2
3

# UNITED STATES DISTRICT COURT

4

EASTERN DISTRICT OF CALIFORNIA

5

6  DARNELL DUKES,                        CASE NO. 1:12-cv-01014-LJO-SKO PC

7                    Plaintiff,          ORDER DISMISSING ACTION, WITH
                                         PREJUDICE, FOR FAILURE TO STATE
8         v.                             A CLAIM UPON WHICH RELIEF MAY
                                         BE GRANTED UNDER SECTION 1983
9  L. D. ZAMORA, et al.,
                                         (Docs. 1 and 12)
10                   Defendants.
                                         ORDER THAT DISMISSAL IS SUBJECT
11                                       TO 28 U.S.C. § 1915(G)
   _____/
12

13        Plaintiff Darnell Dukes, a state prisoner proceeding pro se and in forma pauperis, filed this

14  civil rights action pursuant to 42 U.S.C. § 1983 on June 22, 2012.  On March 7, 2013, the Court

15  dismissed Plaintiff's complaint for failure to state a claim and ordered Plaintiff to file an amended

16  complaint within thirty days.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).  More than thirty days have

17  passed and Plaintiff has not complied with or otherwise responded to the Court's order.  As a result,

18  there is no pleading on file which sets forth any claims upon which relief may be granted.

19        Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is

20  HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which relief

21  may be granted under section 1983.  This dismissal is subject to the "three-strikes" provision set

22  forth in 28 U.S.C. § 1915(g).  *Silva v. Di Vittorio*, 658 F.3d 1090, 1098-99 (9th Cir. 2011).

23  IT IS SO ORDERED.

24  **Dated:    April 23, 2013           /s/  Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE
25

26

27

28

1